UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ISSAC MOSES NEWMAN | CIVIL ACTION NO. 11-0682 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ISSAC BROWN | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 22] having been considered, together with the written objections [Doc. No. 26] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this Petition for Writ of *Habeas Corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 23rd day of January, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE