# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE  DIVISION

| | |
|---|---|
| ISSAC MOSES NEWMAN | CIVIL ACTION NO. 11-0682 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ISSAC BROWN | MAG. JUDGE KAREN L. HAYES |

### J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 22] having been considered, together with the written objections [Doc. No. 26] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights action pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted in accordance with the provision of 28 U.S.C. § 1915(e)(2)(B).

MONROE, LOUISIANA, this 3rd day of February, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE